IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| FORMENTERA OPERATIONS,<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | NO.　MO:24-CV-00084 |
| | § | |
| 2S d/b/a CAPITAL WELL SERVICES,<br>　*Defendant.* | §<br>§<br>§ | |

# ORDER

BEFORE THE COURT is the Notice of Alternative Dispute Resolution/Mediation Outcome (Doc 60) September 15, 2025, informing the Court that the parties have reached a settlement in principle that resolves all claims asserted in this lawsuit. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60) DAYS,** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 16th day of September, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE